(Rev. 4/97)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

_Mona Lisa Harrison_
(Enter above the full name of the plaintiff in this action)

V.

_Mr. Stanly Taylor, Mr. Paul Howard,
Warden Robert George Cpl. Ms Coverdale
Affairs officer Michael Tiave_
(Enter above the full name of the defendant(s) in this action

06 - 201

FILED
MAR 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned
NO IFP

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   YES [ ]   NO [X]

   B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1.  Parties to this previous lawsuit

   Plaintiffs _____

   _____

   Defendants _____

   _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution? Yes [X] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [X] No [ ]

C. If your answer is YES,

 1. What steps did you take? Wrote formal complaint while at the S.V.O.P.U. - a grievance while being here and contacted Internal Affairs Unit

 2. What was the result? The S.V.O.P.U. changed the way they search the residents while at the Center.

D. If your answer is NO, explain why not _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [ ]

F. If your answer is YES,

 1. What steps did you take? _____

 2. What was the result? _____

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff _Mona Lisa Harrison_

Address _BWCI 660 Baylor Blvd. NewCastle, De. 19720_

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant _Cpl. Ms. Coverdale_ is employed as _Cpl. Road Crew_ at _Sussex Violation of Probation Unit_

C. Additional Defendants _Warden Robert George - S.V.O.P. Prison, Stan Taylor - Commissioner, Paul Howard Bureau Chief, Michael Tigue Affairs Officer_

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

_See Attached grievances. There is two Seperate incidents. I did not have another form like this. As you can see, its hard to get to the law library here. I had a hard time getting a paper noterized, they have no old case law books. I was sentenced in 1987. I put in a grievance in regards to that violation as well. I got no reply._

-3-

V.   Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I want to file a Legal Law suit against the Department of Corrections. My rights have been violated, Both Civil and Constitutional rights. I was humiliated, emarrassed and shamed. As for the Law Library - I can do no legal research on my case - no old law books.

Signed this 26 day of March, ~~19~~ 2006

_Mona L. Harrison_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

March 26, 2006        _Mona L. Harrison_
Date                  (Signature of Plaintiff)

-4-





Office Of The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, De. 19801

Mona Harrison
DSBW
660 Baylor Blvd.
New Castle, De. 19720

FORM #584

GRIEVANCE FORM

FACILITY: BWCI     DATE: 3/20/06 - 3/24/06

GRIEVANT'S NAME: Mona Harrison     SBI#: 199337

CASE#: Violation of Constitutional Rights     TIME OF INCIDENT: 8:00 am
Improper Conduct
HOUSING UNIT: #6

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On above date 3/20/06 I Mona Harrison sent a hand written letter, in the Unit #6 mail bag - to the Law Librarian of B.W.C.I. I stated in the letter that I needed to finish some appeal work and to have an important paper Noterized, the Appeal Paper. There are only two Notary Republic's here at the Institution. Knowing I had a deadline - I had to find a way other than the Law Library to get what I needed, I had to go to the Deputy Warden's Secretary to get my legal work done. Thats not how it goes.

ACTION REQUESTED BY GRIEVANT: To have a proper Law Library, just like we should. To get legal work done in a timely matter. To not have to go through all kinds of hoops to get our legal work done.

GRIEVANT'S SIGNATURE: Mona Harrison     DATE: 3/25/06

WAS AN INFORMAL RESOLUTION ACCEPTED?     ___(YES)  ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____     DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

FORM #584

GRIEVANCE FORM

FACILITY: BWCI/S.V.O.P.            DATE: 2-20-06
GRIEVANT'S NAME: Mona Harrison     SBI#: 199337
CASE#: Violation of Civil Rights   TIME OF INCIDENT: Week of Oct.
HOUSING UNIT: Unit #5/Pod 5 at V.O.P.   16th-20th, 1pm-2pm

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On above date and time - I Mona Harrison was improperly searched by Cpl Coverdale at the V.O.P. Cpl Coverdale had caught two residents (myself and Kim Wyatt) with cigaretts on her van. This happened about 1 pm. After lunch, we went back to work picking up trash on the highway. Cpl Coverdale observed Inmates Lisa Wingo, Kim Wyatt and Robin Schluetter exchange something in their hands, back and forth between them. She (Cpl. Coverdale) stopped her van and called us all over to the van. Cpl. Coverdale had each of us pull down our pants and pull up our shirts - exposing ourselves to the public. We were stopped on the highway in front of 5 houses and traffic was coming and going on the highway.

ACTION REQUESTED BY GRIEVANT: This officer continues to get away with aggressive actions and incidents as a cause of her anger. Something needs to be done with her. This is not the first time Cpl Coverdale has been reported. I will also be taking some type of legal action as well. I felt really violated when I was made to expose myself.

GRIEVANT'S SIGNATURE: Mona Harrison     DATE: 2-20-06

WAS AN INFORMAL RESOLUTION ACCEPTED? ____(YES)  ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____     DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE

Dear Office of the Clerk,  March 26, 2006

I felt that I should write a short note in regards to my reason for writing. I have exhausted myself with trying to find a Lawyer for this case. Still til' this day I search.

I had a conversation with another female about what was going on with me and she had suggested I get in touch with you. She told me of a filing fee, which I don't have the full amount, I can however pay monthly or weekly. I really need your help. If I've done the form wrong or I have forgotten something - please tell me the proper way to do it. If you won't help me or can't, could you please tell me who can? Or send my stuff to someone? Give me a name of someone? Or Atleast check into the situations or claims I have?

I do thank you for your time and for any help you may give me in this matter.

Sincerely,
Mona Harrison


FILED
MAR 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BSD Scanned