Office Of The Clerk
United States District Court
844 N. King Street, Lock box 18
Wilmington, De. 19801

06-201

April 12, 2006



Clerk Of The Court:

    Just to make the Court aware, I'am willing to pay the $250 fee required for the said proceedings. I have inclosed a copy of my Institutional Ledger. As I have stated, its not current or as current as it should be.

    I have sent money home to pay my own phone bill. However, I don't want you to think I'm trying to hide anything. IF you will, please call Ms Lake to get a balance of my account. IF I can make payments I will and it would help cause I get paid monthly. Any consideration or help you can give will be appreciated.

* Note: As for the Signing of a Notary Public, I'm on a time schedule and it would take a long time to get this signed. Sorry.

Sincerely,
Mona Harrison

POSTAGE DUE 24¢

Office of The Clerk
United States District Court
844 N. King Street,
Wilmington, De. 19801

POSTAGE DEDUCTED FROM
ADVANCED DEPOSIT BPM
OR PD ACCOUNT 19850
WILMINGTON DE

U.S.M.S.
X-RAY

Mona Harrison
DJBWCI
660 Baylor Blvd.
NewCastle, De. 19720