AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

Mona Lisa Harrison
_____
Plaintiff

v.

Stanly Taylor, Paul Howard,
Warden Robert George, Cpl Carrolle
Defendant(s)
Affairs officer Michael Tigue

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 06-201

I, Mona Lisa Harrison _____ declare that I am the (check appropriate box)

☑ Petitioner/Plaintiff/Movant    ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
APR 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration  Women's Correctional Institution
   
   PO scanned

   **Inmate Identification Number (Required):** 199337

   Are you employed at the institution? Yes   Do you receive any payment from the institution? Yes

   _Attach a ledger sheet from the institution of your incarceration showing at least the past **six** months' transactions_

2. Are you currently employed?    ☑ Yes    ☐ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.   $40.00 to $50.00 per month

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   |   |   | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☑ Yes | ☐ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. | Gifts or inheritances | ☐ Yes | ☑ No |
   | f. | Any other sources | ☐ Yes | ☐ No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

   It's the job I have in the kitchen, here at the Prison. I am able to earn at least →


AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

$60.00 a month I think

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   None

I declare under penalty of perjury that the above information is true and correct.  Judge GMS

4/12/06                    Mona Harison
DATE                       SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

IN THE SUPREME COURT OF THE STATE OF DELAWARE

___[1]___ Mona Lisa Harrison  | No. ___[5]___
                              | 1:06-cv-201
___[2]___ Below,              |
Appellant,                    |
                              |
v.                            |
                              |
___[3]___ Stanly Taylor, Paul Howard |
Warden Robert George, Cpl. Cavendish |
___[4]___ Below,              |
Appellee. Affairs officer     |
michael                       |
tigue                         |

MOTION TO PROCEED IN FORMA PAUPERIS

Mona Harrison

1. Pursuant to Supreme Court Rules 20, 26, and 30, I, ___[6]___, declare that I am the appellant in the above-entitled case; that because of my poverty I am unable to make prepayment of fees or costs or to give security therefor; and that I believe I am entitled to relief.

U.S. District Court

2. I appeal from an order of the ___[7]___ Court, entered on the date of ___[8]___ in the case of ___[9]___ v. _____, No. ___[10]___.

3. Circle either A or B and complete, as appropriate:

   A   I am presently employed. The name and address of my employer are B.W.C.I. ___[11]___. The total monthly amount of my salary or wages is $40 to $50 ___[12]___.

   B   I am not employed. My last date of employment was ___[13]___. The total amount I last received as salary or wages was ___[14]___.

4. Circle "yes" or "no." I have received within the last 12 months money from:

| | |
|---|---|
| a business, profession, or self-employment | yes (no) |
| rent payment, interest, or dividends | yes (no) |
| pensions, annuities, or life insurance payments | yes (no) |
| gifts or inheritances | yes (no) |
| any other source | (yes) no |

If answer is "yes" to any portion of the above statement, please describe each source of income and the total amount received within the last 12 months: ___[15]___.   IRS, family/work

5. I have $___[16]___ in cash and $___[17]___ in checking or savings accounts (including funds in prison accounts).

6. I own:

| | |
|---|---|
| real estate | yes (no) |
| bonds or stocks | yes (no) |
| notes | yes (no) |
| cars | yes (no) |
| other valuable property (except ordinary household furnishings and clothes) | yes (no) |

If answer is "yes" to any portion of the above statement, please describe the item and give its approximate value: ___[18]___.

7. Circle either A or B and complete, as appropriate:

-2-

(A)    I have previously moved to proceed in forma pauperis in the Supreme Court of Delaware. The case number was ___Superior Court [19]___. The request was ___[20]___. Yes, it was granted

B    I have not previously moved to proceed in forma pauperis in the Supreme Court of Delaware.

WHEREFORE, having shown just cause for relief, appellant moves for leave to proceed in forma pauperis.

_____Mona Harrison_____
Appellant

SWORN AND SUBSCRIBED before me this __12__ day of __April__ 19 2006

_____
Notary Public

My commission expires _____, 19____.

Date : 04/04/2006
Time : 14:49

## Account Activity Ledger
### From: 10/01/2005 To: 04/04/2006

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 00199337    Name HARRISON, MONA L | | | | Block 6 | | | Previous Balance | 4.65 |
| COMM.STORE.11/4 | 11/07/2005 | 13:34 | B#39657 | W | | | -14.73 | -10.08 |
| PROCESSED.REC.11/9 | 11/10/2005 | 13:37 | B#39704 | D | | 40.00 | | 29.92 |
| Sales Transaction | 11/15/2005 | 10:18 | I#76877 | I | 26.77 | | | 3.15 |
| Sales Transaction | 11/18/2005 | 08:00 | I#77018 | I | 3.11 | | | 0.04 |
| PROCESSED.REC.11/16 | 11/18/2005 | 18:42 | B#39832 | D | | 40.00 | | 40.04 |
| PROCESSED.REC.11/16 | 11/18/2005 | 18:45 | B#39833 | D | | 30.00 | | 70.04 |
| PROCESSED.REC.11/20 | 11/21/2005 | 13:36 | B#39849 | D | | 30.00 | | 100.04 |
| Sales Transaction | 11/29/2005 | 09:32 | I#77184 | I | 43.52 | | | 56.52 |
| PROCESSED.REC.11/27 | 11/29/2005 | 14:52 | B#39926 | D | | 30.00 | | 86.52 |
| MCP.12/3 | 12/05/2005 | 16:32 | B#40002 | W | | | -8.00 | 78.52 |
| Sales Transaction | 12/06/2005 | 09:15 | I#77363 | I | 56.35 | | | 22.17 |
| HP.12/7 | 12/07/2005 | 19:24 | B#40070 | W | | | -9.92 | 12.25 |
| Sales Transaction | 12/12/2005 | 09:30 | I#77568 | I | 10.82 | | | 1.43 |
| PROCESSED.REC.12/11 | 12/13/2005 | 10:16 | B#40103 | D | | 30.00 | | 31.43 |
| Sales Transaction | 12/20/2005 | 10:00 | I#77746 | I | 27.56 | | | 3.87 |
| PROCESSED.REC.12/19 | 12/21/2005 | 16:47 | B#40195 | D | | 30.00 | | 33.87 |
| P/T.FOR.CHRISTMAS.PR | 12/22/2005 | 14:53 | B#40213 | W | | | -1.00 | 32.87 |
| Sales Transaction | 12/27/2005 | 10:55 | I#77944 | I | 28.74 | | | 4.13 |
| HP.OWED.12/7 | 12/27/2005 | 16:08 | B#40288 | W | | | -2.00 | 2.13 |
| Sales Transaction | 01/03/2006 | 10:24 | I#78152 | I | 2.12 | | | 0.01 |
| MCP.12/31 | 01/03/2006 | 14:05 | B#40342 | W | | | -4.00 | -3.99 |
| PROCESSED.REC.12/31/ | 01/03/2006 | 16:09 | B#40348 | D | | 20.00 | | 16.01 |
| HP.12/30/05 | 01/03/2006 | 17:08 | B#40350 | W | | | -7.02 | 8.99 |
| PROCESSED.REC.1/13 | 01/13/2006 | 15:46 | B#40510 | D | | 25.00 | | 33.99 |
| Sales Transaction | 01/17/2006 | 10:35 | I#78533 | I | 19.54 | | | 14.45 |
| Sales Transaction | 01/24/2006 | 10:15 | I#78701 | I | 13.72 | | | 0.73 |
| PROCESSED.REC.1/27 | 01/30/2006 | 17:03 | B#40722 | D | | 15.00 | | 15.73 |
| Sales Transaction | 01/31/2006 | 10:32 | I#78901 | I | 13.12 | | | 2.61 |
| KIT.PAY.12/25-01/28 | 02/03/2006 | 14:54 | B#40777 | D | | 2.52 | | 5.13 |
| PROCESSED.REC.1/31 | 02/03/2006 | 15:51 | B#40779 | D | | 25.00 | | 30.13 |
| Sales Transaction | 02/07/2006 | 09:57 | I#79082 | I | 29.11 | | | 1.02 |
| PROCESSED.REC.2/13 | 02/16/2006 | 13:35 | B#40967 | D | | 20.00 | | 21.02 |
| Sales Transaction | 02/21/2006 | 09:10 | I#79471 | I | 18.11 | | | 2.91 |
| Sales Transaction | 02/28/2006 | 11:09 | I#79640 | I | 2.48 | | | 0.43 |
| PROCESSED.REC.2/24 | 02/28/2006 | 12:17 | B#41128 | D | | 50.00 | | 50.43 |
| KIT.PAY.1/29-2/25 | 02/28/2006 | 13:42 | B#41133 | D | | 1.17 | | 51.60 |
| KIT.PAY.1/29-2/25 | 02/28/2006 | 13:42 | B#41133 | D | | 38.08 | | 89.68 |
| PROCESSED.REC.3/1 | 03/03/2006 | 15:11 | B#41196 | D | | 20.00 | | 109.68 |
| COMM.STORE.3/3 | 03/03/2006 | 16:25 | B#41201 | W | | | -25.79 | 83.89 |
| HP.3/7 | 03/07/2006 | 15:37 | B#41236 | W | | | -4.72 | 79.17 |
| Sales Transaction | 03/07/2006 | 19:18 | I#79822 | I | 39.47 | | | 39.70 |
| Sales Transaction | 03/14/2006 | 16:16 | I#80029 | I | 26.63 | | | 13.07 |
| PROCESSED.REC.3/14 | 03/17/2006 | 13:28 | B#41368 | D | | 100.00 | | 113.07 |
| MCP.3/20 | 03/21/2006 | 12:02 | B#41400 | W | | | -4.00 | 109.07 |

Page :    1

Date : 04/04/2006
Time : 14:49

**Account Activity Ledger**
From: 10/01/2005 To: 04/04/2006

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 00199337 | Name HARRISON, MONA L | | | Block 6 | | | Previous Balance | 109.07 |
| P/T.LORETTA.GORDY.3/ | 03/21/2006 | 15:51 | B#41417 | W | | | -10.00 | 99.07 |
| Sales Transaction | 03/21/2006 | 16:00 | I#80214 | I | 39.17 | | | 59.90 |
| Sales Transaction | 03/28/2006 | 08:54 | I#80388 | I | 39.87 | | | 20.03 |
| PROCESSED.REC.3/28 | 03/30/2006 | 12:37 | B#41532 | D | | 20.00 | | 40.03 |
| KIT.PAY.2/26-3/25 | 03/31/2006 | 13:12 | B#41568 | D | | 39.12 | | 79.15 |
| PROCESSED.REC.3/31.U | 03/31/2006 | 16:15 | B#41572 | D | | 446.00 | | 525.15 |

|  |  |  |  |
|---|---|---|---|
| Deposits | 21 For $ | 1,051.89 |
| Withdraws | 11 For $ | -91.18 |
| Invoices | 18 For $ | 440.21 |

\* Note: Since I received a copy of this Ledger, the amount has since changed. I sent money home for various things. It would take me forever to get another updated Ledger from the prison. However, if you can or will, call Ms. Lake in the accounting office. As near as I can remember my balance is a little over $200.00

POSTAGE DUE 24¢

Office of The Clerk
United States District Court
844 N. King Street,
Wilmington, De. 19801

Mona Harrison
DJBWCI
660 Baylor Blvd.
NewCastle, De. 19720