G.MS.

**Account Activity Ledger**

From: 03/01/2006 To: 04/12/2006

Date : 04/12/2006
Time : 14:23

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| **ID** 00199337 | **Name** HARRISON, MONA L | | | **Block** 6 | | | **Previous Balance** | 89.68 |
| PROCESSED.REC.3/1 | 03/03/2006 | 15:11 | B#41196 | D | | 20.00 | | 109.68 |
| COMM.STORE.3/3 | 03/03/2006 | 16:25 | B#41201 | W | | | -25.79 | 83.89 |
| HP.3/7 | 03/07/2006 | 15:37 | B#41236 | W | | | -4.72 | 79.17 |
| Sales Transaction | 03/07/2006 | 19:18 | I#79822 | I | 39.47 | | | 39.70 |
| Sales Transaction | 03/14/2006 | 16:16 | I#80029 | I | 26.63 | | | 13.07 |
| PROCESSED.REC.3/14 | 03/17/2006 | 13:28 | B#41368 | D | | 100.00 | | 113.07 |
| MCP.3/20 | 03/21/2006 | 12:02 | B#41400 | W | | | -4.00 | 109.07 |
| P/T.LORETTA.GORDY.3/ | 03/21/2006 | 15:51 | B#41417 | W | | | -10.00 | 99.07 |
| Sales Transaction | 03/21/2006 | 16:00 | I#80214 | I | 39.17 | | | 59.90 |
| Sales Transaction | 03/28/2006 | 08:54 | I#80388 | I | 39.87 | | | 20.03 |
| PROCESSED.REC.3/28 | 03/30/2006 | 12:37 | B#41532 | D | | 20.00 | | 40.03 |
| KIT.PAY.2/26-3/25 | 03/31/2006 | 13:12 | B#41568 | D | | 39.12 | | 79.15 |
| PROCESSED.REC.3/31.U | 03/31/2006 | 16:15 | B#41572 | D | | 446.00 | | 525.15 |
| Sales Transaction | 04/04/2006 | 15:21 | I#80601 | I | 64.66 | | | 460.49 |
| P/T.GARY.HASTINGS.4/ | 04/06/2006 | 16:04 | B#41640 | W | | | -100.00 | 360.49 |
| COMM.STORE.4/7 | 04/10/2006 | 09:34 | B#41660 | W | | | -30.91 | 329.58 |
| Sales Transaction | 04/11/2006 | 16:07 | I#80788 | I | 40.11 | | | 289.47 |

          **Deposits**    5  **For**  $    625.12
          **Withdraws**  6  **For**  $  -175.42
          **Invoices**  6  **For**  $    249.91