Office of The Clerk
United States District Court        06-201                April 16, 2006
844 N. King Street Lockbox 18
Wilmington, De. 19801



GMS

FILED
APR 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

Office of The Clerk:

    I just received a updated copy of my account. Wanted to make sure you got it. I also wanted to make sure that the Court is aware that I'm seeking monetary Relief. For the embarrassment, humiliation and the total disregards to my rights as a human being.
    I also need to ask, if this is considered a class action suit? If not, how do I go about making it one or can the Court do that for me? Is there some papers I need to sign in order to make payments on the $250.00 fee? If there is anything else I need to do, please be sure to let me know. I thank you for your help.

Sincerely,
Mona Harrison

G.MS.

**Account Activity Ledger**
From: 03/01/2006 To: 04/12/2006

Date : 04/12/2006
Time : 14:23

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 00199337 | Name HARRISON, MONA L | | | Block 6 | | Previous Balance | | 89.68 |
| PROCESSED.REC.3/1 | 03/03/2006 | 15:11 | B#41196 | D | | 20.00 | | 109.68 |
| COMM.STORE.3/3 | 03/03/2006 | 16:25 | B#41201 | W | | | -25.79 | 83.89 |
| HP.3/7 | 03/07/2006 | 15:37 | B#41236 | W | | | -4.72 | 79.17 |
| Sales Transaction | 03/07/2006 | 19:18 | I#79822 | I | 39.47 | | | 39.70 |
| Sales Transaction | 03/14/2006 | 16:16 | I#80029 | I | 26.63 | | | 13.07 |
| PROCESSED.REC.3/14 | 03/17/2006 | 13:28 | B#41368 | D | | 100.00 | | 113.07 |
| MCP.3/20 | 03/21/2006 | 12:02 | B#41400 | W | | | -4.00 | 109.07 |
| P/T.LORETTA.GORDY.3/ | 03/21/2006 | 15:51 | B#41417 | W | | | -10.00 | 99.07 |
| Sales Transaction | 03/21/2006 | 16:00 | I#80214 | I | 39.17 | | | 59.90 |
| Sales Transaction | 03/28/2006 | 08:54 | I#80388 | I | 39.87 | | | 20.03 |
| PROCESSED.REC.3/28 | 03/30/2006 | 12:37 | B#41532 | D | | 20.00 | | 40.03 |
| KIT.PAY.2/26-3/25 | 03/31/2006 | 13:12 | B#41568 | D | | 39.12 | | 79.15 |
| PROCESSED.REC.3/31.U | 03/31/2006 | 16:15 | B#41572 | D | | 446.00 | | 525.15 |
| Sales Transaction | 04/04/2006 | 15:21 | I#80601 | I | 64.66 | | | 460.49 |
| P/T.GARY.HASTINGS.4/ | 04/06/2006 | 16:04 | B#41640 | W | | | -100.00 | 360.49 |
| COMM.STORE.4/7 | 04/10/2006 | 09:34 | B#41660 | W | | | -30.91 | 329.58 |
| Sales Transaction | 04/11/2006 | 16:07 | I#80788 | I | 40.11 | | | 289.47 |

|  |  |  |
|---|---|---|
| Deposits | 5 For $ | 625.12 |
| Withdraws | 6 For $ | -175.42 |
| Invoices | 6 For $ | 249.91 |

Page :   1

Mona Harrison
DJBWCI
660 Baylor Blvd.
New Castle, De. 19720

[Postmark: WILMINGTON DE 197, 17 APR 2006 PM]

Office of The Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, De- 19801

U.S.M.S.
X-RAY