OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 24, 2006

TO: Mona Lisa Harrison
    SBI# 199337
    BWCI
    660 Baylor Boulevard
    Wilmington, DE 19720

**RE:  Letter Requesting Legal Advice; 06-201(GMS)**

Dear Ms. Harrison:

The above referenced letter has been received by this office requesting assistance regarding a class action suit. Be advised that this office is unable to render legal advice and therefore we are unable to assist you.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet