CA 06-201-GMS

April 23, 2006

Clerk of The Court
United States District Cour[t]
844 N. King Street, Lock box 19
Wilmington, De. 19801

Clerk of The Court:

Along with the authorization form that was sent to me, I'm sending a first payment of $75.00. which leaves my balance $175.00. The 12th of May or about that, you will receive another payment of $125.00 from a Mr. Gary Hastings. I will then send the final payment by the end of May 2006 $50.00.

If there is anything else I need to do, please be sure and inform me. I do have one question, is it at all possible to obtain counsel through the court? If so, can I please have someone to represent me. If not, could you please let me know where I may obtain counsel? Any help you give will be mostly appreciated. I thank you for your time and for your help.

Sincerely,
Mona Harrison



Mona Harrison
DJBWCI
(a6 Baylor Blvd.
New Castle, De. 19720

Clerk i he Court
nited States District Court
844 N. King Street Lock box 19
Wilmington, De. 19801

WILMINGTON DE 197
APR 2006 PM