IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONA LISA HARRISON          )
                            )
          Plaintiff,        )
                            )
     v.                     )  Civil Action No. 06-201-GMS
                            )
STANLY TAYLOR,              )
PAUL HOWARD,                )
WARDEN ROBERT GEORGE,       )
Cpl. COVERDALE,             )
AFFAIRS OFFICER MICHAEL TIGUE,)
                            )
          Defendants.       )

**AUTHORIZATION**

I, Mona Lisa Harrison, SBI # 199337 request and authorize
the agency holding me in custody to disburse to the Clerk of the
Court the initial partial filing fee of $35.06 and the subsequent
payments pursuant to 28 U.S.C. § 1915(b) and required by the
Court's order dated _April 19_____, 2006.

This authorization is furnished to the Clerk of Court in
connection with the filing of a civil action, and I understand
that the filing fee for the complaint is $250.00.  I also
understand that the entire filing fee may be deducted from my
trust account regardless of the outcome of my civil action.  This
authorization shall apply to any other agency into whose custody
I may be transferred.

Date: _April 23_____, 2006.

_Mona Harrison_____
Signature of Plaintiff



WILMINGTON DE 197

28 APR 2006 PM 2 L

Clerk of The Court
United States District Court
844 N. King Street, Lock box 19
Wilmington, De. 19801

Mona Harrison
D3 B W C I
660 Baylor Blvd.
Newcastle, De. 19720