Peter T. Dalleo
Loxbox 18
844 King Street
U.S. Courthouse
Wilmington, De. 19801



G.M.S
April 26, 2006

06-201 GMS

Mr. Peter Dalleo:

This is in regards to the letter you sent to me dated April 24, 2006. I'm a little confused. I haven't had any dealings with you so, I'm not sure how you ended up sending me a letter.

The letter I sent to the court, I do believe was taken out of context. I was asking for legal advice Mr. Dalleo, I was asking about legal counsel. I'm not sure if I need a lawyer and if I do, I was asking the Court if they would be able to appoint me one and if not, could the Court point me in the direction to obtain one.

I do believe my letter was taken the wrong way. You stated that your office is unable to assit me? What does that mean? My case is no longer a case? Please don't let that be the case - I wouldn't want it to be thrown out or canceled because of a misunderstanding. Can you please atleast reply to this letter?

Sincerely,
Mona Haniem



WILMINGTON DE 197
27 APR 2006 PM 3 T

Office of the Clerk
United States District Court
844 N. King Street, Lock box 18
Wilmington, Delaware 19801

U.S.M.S.
X-RAY

Mona Harrison
DJBWCI
660 Baylor Blvd.
Newcastle, De. 19720