Office of the Clerk
United District Court
 844 N. King Street, Lockbox 18
Wilmington, De. 19801



BO scanned

Clerk of the Court;     06-201 (GMS)

I'm writing this letter, to find out if your office has received the $62.00 from Mr. Gary Hastings? If so, may I please have a reciept for that? I also want to inform the court, that this Institution opened my last mail from the Court. Its or they are not allowed to legally do that. I believe they are looking at my mail to see what I'm doing.
 The mailroom Officer told me it wasn't here. I wrote a grievance in regards to it so we will see where it goes. Thank you for your time.

Sincerely
Mona Harrison



WILMINGTON DE 197
30 MAY 2006 PM 1 L

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington De. 19801

U.S.M.S.
X-RAY

Mona Harrison
660 Baylor Blvd.
Newcastle De. 19720