OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 5, 2006

TO: Mona Lisa Harrison
    Delores J. Baylor
    Women's Correctional Institution
    660 Baylor Blvd.
    New Castle, DE 19720

**RE:   Return of Check #16437**

Enclosed check, # 16437 is being returned by the Clerk's Office without action. The check is for $51.00, however, the remaining balance due on Civil Action 06-201 GMS is only $50.00. We are unable to accept payments that would create an overpayment status.

Please submit a new check in an amount not to exceed the balance of $50.00, payable to Clerk, U.S. District Court.

Sincerely,

/rbe

PETER T. DALLEO
CLERK

Check enclosed
Copy of Ledger enclosed

cc: Business Office, WCI



*PRISONER LITIGATION LEDGER*

MONA LISA HARRISON V. TAYLOR, *ET AL.*

| DATE | FUND | CA 06-201-GMS CASE #1 RECEIPT | AMOUNT | BALANCE | DATE | FUND | CASE #2 RECEIPT | AMOUNT | BALANCE | DATE | FUND | CASE #3 RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/7/2006 | | | | 250 | | | | | | | | | | |
| 5/1/2006 | 5100PL | 143272 | 75 | 175 | | | | | 0 | | | | | 0 |
| 5/19/2006 | 5100PL | 143546 | 62 | 113 | | | | | 0 | | | | | 0 |
| 6/1/2006 | 5100PL | 143646 | 53 | 60 | | | | | 0 | | | | | 0 |
| 6/1/2006 | 0869PL | 143646 | 10 | 50 | | | | | 0 | | | | | 0 |
| | | | | 50 | | | | | 0 | | | | | 0 |
| | | | | 50 | | | | | 0 | | | | | 0 |
| | | | | 50 | | | | | 0 | | | | | 0 |
| | | | | 50 | | | | | 0 | | | | | 0 |





Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, De, 19801

Mona Harrison
660 Baylor Blvd.
New Castle, De. 19720