Mona Lisa Harrison

    Plaintiff,

V.                          06-201 (GMS)

BWCI Law Library
Mr. George O'Connor
Ms. Collen Shotzberger

    Defendants.



FILED
JUN 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

    Amended Complaint in regards to access to the courts. I (Mona Harrison) as said by the court, did in fact state the date, time and place of said violation of civil rights.
    The person who violated these rights was Mr. George O'Connor (Law Librian). Enclosed is copies of several grievances in regards to the Law Library at this Institution (BWCI). I have an appeal in the Courts (Supreme Court) in regards to my sentence. I was at the time of the incident working on my Appeal, I put in a letter to Mr. O'Connor personally and asked about him calling me down to find some sort of case laws and to have a legal document Noterized. There was more than enough time for him to call me down but, he did not.
    I had to go to the Deputy Warden's Secretary to get my legal paper Noterized. I should not have had to do that. The Law Library is for that

Page 2

purpose. The Law Library and the person who works there is no help really, to anyone who may have been sentenced before 1990. There is no old case Law available for those who were sentenced before 1990.

However, due to the length of time that has passed by since my intial grievance - they may have gotten them since then. On all the times I went to the Law Library - they did not have any old case laws. My problem was - I wasn't affored any legal assistance when it was needed. Mr. O'Connor was not able to help in any way.

June 24 2006

Sincerely,
Mara Hanison



WILMINGTON DE 197
26 JUN 2006 PM 2 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, De. 19801-3570

son
r Blvd.
fle, De. 19720

**BWCI Baylor Women's Correctional Institution**
660 Baylor Boulevard
NEW CASTLE DE, 19720
Phone No. 302-577-3004

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** HARRISON, MONA | **SBI#:** 00199337 | **Institution:** BWCI |
| **Grievance #:** 29430 | **Grievance Date:** 03/20/2006 | **Category:** Individual |
| **Status:** Unresolved | **Resolution Status:** | **Resol. Date:** |
| **Grievance Type:** Law Library | **Incident Date:** 03/20/2006 | **Incident Time:** 08:00 |
| **IGC:** Moore, Joseph | **Housing Location:** Building 6, Tier 2, RM 5282, Top | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** ON ABOVE DATE MARCH 20, 2006 I MONA HARRISON SENT A HAND WRITTEN LETTER IN THE UNIT 6 MAIL BAG TO THE LAW LIBRARIAN AT BWCI. I STATED IN THE LETTER THAT I NEEDED TO FINISH SOME APPEAL WORK AND TO HAVE AN IMORTANT PAPER NOTERIZED MY APPEAL PAPERS. THERE ARE ONLY TWO NOTARY REPUBLICS HERE AT THE INSTITUTION. KNOWING I HAD A DEADLINE. I HAD TO FIND A WAY OTHER THAN THE LAW LIBRARY TO GET WHAT I NEEDED. I HAD TO GO TO THE DEPUTY WARDEN'S SECRETARY TO GET MY LEGAL WORK DONE. THATS NOT HOW IT GOES.

---

**BWCI Baylor Women's Correctional Institution**
660 Baylor Boulevard
NEW CASTLE DE, 19720
Phone No. 302-577-3004

Date: 06/22/2006

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** HARRISON, MONA | **SBI#:** 00199337 | **Institution:** BWCI |
| **Grievance #:** 23915 | **Grievance Date:** 02/20/2006 | **Category:** Individual |
| **Status:** Unresolved | **Resolution Status:** | **Resol. Date:** |
| **Grievance Type:** Law Library | **Incident Date:** 02/20/2006 | **Incident Time:** 11:45 |
| **IGC:** Moore, Joseph | **Housing Location:** Building 6, Tier 2, RM 5282, Top | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** MY NAME IS MONA HARRISON- I WAS SENTENCED TO A LIFE SENTENCE IN 1987. THIS IS BEFORE T.I.S. NOW, WHEN I GO TO THE LAW LIBRARY TO GET RESEARCH DONE AND TO HAVE COPIES MADE OF MY RESEARCH, I'M NOT ALLOWED TO HAVE COPIES MADE OF RESEARCH I'VE DONE. SO, HOW AM I TO PROCEED WITH LEGAL ISSUES I MAY NEED COPIES OF, CASES LAW'S, QUOTATIONS AND SO ON? ALONG WITH THE FACT THAT I CAN'T EVEN FIND THE CASE LAWS I NEED BECAUSE THEY WERE THROWN AWAY.

---

**BWCI Baylor Women's Correctional Institution**
660 Baylor Boulevard
NEW CASTLE DE, 19720
Phone No. 302-577-3004

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** HARRISON, MONA | **SBI#:** 00199337 | **Institution:** BWCI |
| **Grievance #:** 23914 | **Grievance Date:** 02/16/2006 | **Category:** Individual |
| **Status:** Unresolved | **Resolution Status:** | **Resol. Date:** |
| **Grievance Type:** Legal Assistance | **Incident Date:** 02/09/2006 | **Incident Time:** 11:30 |
| **IGC:** Moore, Joseph | **Housing Location:** Building 6, Tier 2, RM 5282, Top | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** ON TWO SEPARATE DATES- I (IM HARRISON MONA) WENT TO THE LAW LIBRARY. THE FIRST VISIT, I LOOKED UP OR TRIED TO LOOK UP A OLD CASE LAW FROM 1970. I WAS TOLD AFTER I GOT THE PAGE, BOOK AND I SUPPOSE THE REFERENCE NUMBER OF THE LAW