Office of the Clerk
United States District Court
844 N. King Street, Lock box 18
Wilmington, Delaware 19801-3570                    06-201 (GMS)

                                                July 29, 2006

        Office of the Clerk:

    The reason for this letter is because, as I have received some sort of paperwork from your office - I am without such forms needed to go forward. I'm enclosing what was sent and will pray that the court send me such forms that I need.
    Reasons for this request is, I do not have access to them. I do not believe, the law library at this institution has these forms. If in fact they may - I do not believe it would be proper to go there - as I was questioned before went I had went.
    So, I ask you to please send me the proper forms I need. I can find a way to obtain a copy, because I know I need three copies. I do thank you for your time and for your help. Please send back the legal papers I'm sending you.

FILED
AUG -1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

                                        Sincerely,
                                        Mona Harrison



Ms. Mona Harrison
660 Baylor Blvd.
NewCastle, De, 19720

U.S.M.S.
X-RAY

WILMINGTON DE 197
31 JUL 2006 PM 2 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

19801435570