Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

06-201

Clerk of the Court:                                August 6, 2006

   I'm writing this letter in regards to the forms I had written and asked for. I'm not sure my mail is getting out to where its supposed to go. If in fact that letter reached you - please disregard this one. I thank you for your time.

Sincerely,
Mona Hanison



FILED
AUG 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Mona Harrison
0 Baylor Blvd
w Castle, De 19720



Office of the Clerk
United States District Court
844 N King Street Lock box 18
Wilmington, De 19801-3570