Office of the Clerk
United Statest District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570    06-201

August 6, 2006

Clerk of the Court:

This letter is in regards to "what I consider to be an "in direct threat" from Women's Correctional Institution. I Mona Harrison, was asked by Mrs. Christine Mazzio on 7-27-06 if I would consider transferring to another Institution. I'am not sure why. It may be the lawsuite, or the fact that I also have brought it to the attention of the Bureau Chief that there are many other violations. I'm not sure.

When I was asked to transferr - I stated that my mother is dying and all my family is from Delaware. I have to say, they scared me with that one. I just wanted to make the court aware, in case they try to force me to transferr. I thank you for your time.

Sincerely,
Mona Harrison

FILED
AUG 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Office of the Clerk
United States District Court
844 N. King Street Lock box 18
Wilmington, Del 19801-3570

Ms. Mona Harrison
440 Baylor Blvd
New Castle, De 19720

U.S.M.S. X-RAY