

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF DELAWARE
OFFICE OF THE CLERK

PETER T. DALLEO
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

August 21, 2006

Mona Lisa Harrison
SBI #199337
BWCI
660 Baylor Boulevard
New Castle, DE 19720

RE:    **Letter to the Court Regarding U.S. Marshal 285 Forms**
       **Civil Action No. 06-201 GMS**

Dear Ms. Harrison:

In response to your August 2, 2006, and August 14, 2006 requests for U.S. Marshal 285 Forms, BWCI will generally provide the service forms to an inmate **once a service order issues from the Court**. Another copy of the Court's service order is enclosed with this letter. Once a service order issues in any one of your cases, the forms will be provided to you by BWCI pursuant to Court Order. Consequently, the Clerk's Office does not provide U.S. Marshal 285 Forms in response to individual requests.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,
PETER T. DALLEO, CLERK

*Marie McDavid*
Deputy Clerk