Office of the Clerk — (G.M.S.)      August 22, 2006
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570      06-201 (GMS)

Clerk of the Court:

My name is Mona Lisa Harrison. I sent a letter requesting the Marshal forms I need, in order to serve the respondants in my case. I was not sure if you have got or received it. I should say, I apologize if I am out of line.

I just don't want to miss the deadline. I have been trying to get to our Law Library here. It is not as easy as it may seem. Anyway, if the court has already received my previous request, please disregard this one. I do thank you for your time.

Sincerely,

Mona L. Harrison

FILED
AUG 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RO scanned



WILMINGTON DE 197

23 AUG 2006 PM 3 T

U.S.M.S.
X-RAY

Office of The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

19801+3570

Ms. Mona Harrison
660 Baylor Blvd.
New Castle, De. 19720