FILED
AUG 31 2006
BD scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

06-201 (GMS)

## Amended Complaint

On the following dates 2/09/06, 2/20/06, 3/20/06 was treated in a manner that was unjust. I Mona Harrison am sentenced under the old law. I went to our (WCI) Law Library for legal information. On the two seperate time I went, once was told I had to wait for old Law information because it was saved on disc. I then came a second time and was told by Mr. O'Connor again — that he in fact did not have any old case law on disc, nothing before 1991.

As I stated before, I fall under the old law, which is before TIS and SENTAC. I have no legal recourse to search for help for myself. I have nothing to refer to because the Law Library here — threw away all old case law books. This is a violation of my rights.

I wrote this as a grievance and it went un answered for nearly four months. I believed they were trying to amend the problem before they answered — so I would not have any standing. By them holding the grievance for so long, that it's self was wrong. You are supposed to answer a grievance within 30 days. I looked into it. I still get treated unfairly. Example being, I just wrote another grievance, because I had put my name on the sign up sheet for the Law Library three weeks ago. All were called but me. I even wrote a letter, I had to write copies of the letters to the Warden and Deputy Warden.

I don't believe I should have to go through all this to try and repersent myself legally. This is a total

violation of my rights. I continue to be treated as if I do not have rights or any say so in my own defense.

*Mona Lisa Harrison*
Mona Lisa Harrison

| | |
|---|---|
| Mona Lisa Harrison | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| Cpl. Coverdale and | ) Civ. No. 06-201-GMS |
| WCI Supervisor George | ) |
| O'Connor, | ) |
|     Defendants | ) |

August 24, 2006

## Complaint

On the week of October 16th – 20th, between 1pm – 2pm I Mona Lisa Harrison was improperly searched by Cpl Coverdale at the S.V.O.P. Center. Cpl Coverdale had caught two residents (Mona Harrison and Kim Wyatt) with cigarettes on her van. This happened about 1:00 pm. After lunch we went back to work picking up trash on the highway.

Cpl. Coverdale then observed Ims Lisa Wingo, Kim Wyatt and Robin Schluetter exchange something, back and forth between them. She (Coverdale) stopped her van and called us all over to the van. Cpl Coverdale had each of us pull down our pants and panties, and pull up our shirts and bra's. This exposed us to the public. Our private parts for all to see. We were stopped on the highway, in front of 4 or 5 houses and traffic was coming and going on the highway.

*Mona Lisa Harrison*
Mona Lisa Harrison



Clerk of the Court
Lockbox 18
844 N. King Street
U.S. Courthouse
Wilmington, Delaware 19801

Mona Harrison
660 Baylor Blvd.
New Castle, De 19720