Office of the Clerk                                       October 7, 2006
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware  19801-3570

        Dear Clerk:

This is the first page of the letter from Mrs. Shotzberger. I do not know why I did not send it with the other pages. I had taken it apart for copies to be made. I did not realize I had not sent it.

   I do apologize for any unconvienence I may have caused. I have put Case # and GMS at the top of page. I do thank you for your time.

06cv201 GMS

FILED
OCT 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerely,
Mona Harrison

Ms. Mona Harrison
660 Baylor Blvd.
New Castle, De. 19720

WILMINGTON DE 197
10 OCT 2006 PM 1 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

*Civil Action No. 06-201 GMS*

# BAYLOR WOMEN'S CORRECTIONAL INSTITUTION REHABILITATIVE SERVICES UNIT

**MEMORANDUM**

TO:     I/M Mona Harrison
        Unit 6

FROM:   Colleen Shotzberger
        Treatment Administrator

DATE:   September 29, 2006

RE:     Numerous Letters (to me, the Warden, and Bureau Chief)

*06cv201 GMS*
**FILED**
OCT 1 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE  *RG*
*scanned*

Your letters have been referred to me for reply.

If you wish to use the Law Library, you <u>must</u> do so by putting your name on the *"Sign Up Sheet"* in your housing unit. This established process applies to every inmate. Since copies of the sign-up sheets are maintained, I have verified that on some dates where you claim to have signed-up, your name does not appear anywhere on the list. I know that your attorney called this week and Mr. O'Connor did have you come to the Law Library even though this was not the day for Unit 6.

Your attorney may come to meet with you at the institution any time, and you may have him/her on your telephone list through the established inmate system. We are not obligated to allow you to make telephone calls to or receive them from your attorney. It is a courtesy that is extended, not a right.

Additionally, since your mother is seriously ill, your counselor has allowed you to make direct telephone calls outside of the established inmate telephone system. This is also a courtesy to you and your mother.

You lodged numerous complaints about the institution and what you believe is or is not "right" or available. You are clearly not "being forced to do nothing." As a matter of fact, you are currently residing in a unit *of Mental Health.*

1