Mona Lisa Harrison )
    Plaintiff, )
)
v. )
) Civ. No. 06-201-GMS
Cpl. Coverdale and )
WCI. Supervisor George )
O'Connor )
    Defendants. )

    Case Update - Status

This letter is in regards to Civ. No. 06-201-GMS case. Plaintiff is seeking an update on case. To find out if plaintiff needs to do something or to see if the defendants have replied to the claims against them?

    At courts earliest conveinance, could the plaintiff receive an update on the status of this case. Does plaintiff need an Attorney? If so, can the court appoint one for them? Any help in this matter will be appreciated. I thank you for your time and any help you may give.

                         Sincerely,
                         Mona Harrison
                         Plaintiff



FILED
DEC - 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Mona Harrison
660 Baylor Blvd.
NewCastle De 19720

WILMINGTON DE 197
04 DEC 2006 PM 5 L

Office of the Court
United States District Court
844 N. King Street, Lock box 18
Wilmington, Delaware 19801-3570