Clerk
U.S. District Court
844 N. King Street
Lock box 18
Wilmington De. 19801



06-201

Dear Mr. Dalleo

 I recently wrote a letter requesting an update status on my Civil Action No. 06-201-GMS case. You sent me a Rule 4 (Summons) Rules of Civil Procedure. I was not sure if that was supposed to be the answer to my question? If I guessed that we are waiting for a reply of some sort would I be correct?
 All this is new to me and I really do not know one step to the next. Any help you can or will give me will be appreciated.

      Sincerely
      Mona Harrison

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE:   C.A.#  06-434-GMS

CASE CAPTION:  Mona Lisa Harrison   v. Patrick Ryan / Carl C. Danberg

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received  12/7/06
by Plaintiff:

Signed:  Mona Lisa Harrison
         Pro Se Plaintiff

Date Received _____
by Clerk's office:

Signed: _____
         Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_____
Date mailed

_____
By Deputy Clerk

cc: Docketing Clerk

wp\forms\rule4receipt 2-04