Mona Lisa Harrison  )
    Plaintiff  )
  )
V.  )  Civ. Act. No. 06-201 GMS
Cpl. Coverdale and  )
W/ Supervisor George  )
O'Connor,  )
  )
    Defendants.  )



FILED
JAN 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

## Motion for Status Update

Plaintiff is filing a motion for a status update on Civ. Act. No. 06-201 case. Since the Marshal 285 forms were served in September 2006 - plaintiff has heard nothing from the courts.

Plaintiffs concern is to which steps to take next or where does the case go from this point. Plaintiff petitions court for an answer of status on above case.

January 14, 2007

                                      Mona Harrison
                                          Plaintiff



Mona Harrison
660 Baylor Blvd.
New Castle, De. 19720

WILMINGTON DE 197
16 JAN 2007 PM 1 T

Office of the Clerk
United States District Court
844 N. King Street, Lock box 19
Wilmington, De. 19801-3570