Mona Lisa Harrison
       Plaintiff,

v.

Cpl. Coverdale,

Civ. No. 06-201 GMS

June 21, 2007

### Status Report

This is a letter requesting a update on the above case Civ. A. No. 06-201 Gms.

Mona Harrison
Plaintiff

FILED
JUN 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Don Hanson
66 Baylor Blvd
NewCastle, De. 19720

Clerk of the Court
Lockbox 18
844 King Street
U.S. Courthouse
Wilmington, De 19801