OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 25, 2007

TO: Mona Lisa Harrison
SBI# 199337
BWCI
660 Baylor Boulevard
Wilmington, DE 19720

**RE:  Response to Request for Status;
Civ. No. 06-201 GMS**

Dear Ms. Harrison:

This office received a letter from you requesting information about the status of your case. Your case is assigned to the Honorable Gregory M. Sleet, is pending before the Court, and you are listed as a current plaintiff in the case. The Court will advise you as to further developments in subject case.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rpg

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet