```
MONA LISA HARRISON

        Petitioner,

                        Civ.Act.No. 06-201-GMS

CPL. COVERDALE

        Respondents,
```



STATUS UPDATE:

This letter is in regards to the above named case that is still pending in the U.S. District Court of Delaware. The petitioner is requesting an update on the case as to its status.

Petitioner is aware that the above mentioned case has been in the court system for quite some time. Petitioner would appreciate any assistance in this matter.

```
                              Sincerely
                          Mona L. Harrison
                             (Petitioner)
```

Nena Harrison
660 Baylor Blvd
New Castle, De. 19720

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

WILMINGTON DE 197
16 MAY 2008 PM 3 L